ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
2009 OCT 28 P 1:43
[signature] McCarthy

| | | |
|---|---|---|
| LUTHER JAMES CLAYTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 309-042 |
| MARY ALSTON, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's grievance procedure and supervisory liability claims, as well as Defendants Georgia Department of Corrections, Washington, Morgan, Lawrence, Adams, Powell, and Calhoun, are **DISMISSED** from the case.

SO ORDERED this 28th day of October, 2009, at Augusta, Georgia.

[signature]
UNITED STATES DISTRICT JUDGE